David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
JOE MASHO

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOE MASHO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DISCOVER BANK, MEMBER FDIC,<br><br>　　　　Defendant(s). | Case No.: **2:17-cv-02169-JAD-PAL**<br><br>**NOTICE OF SETTLEMENT BETWEEN JOE MASHO AND DISCOVER BANK, MEMBER FDIC** |

**NOTICE IS HERBY GIVEN** that the dispute between JOE MASHO ("Plaintiff") and Defendant DISCOVER BANK, MEMBER FDIC ("DISCOVER") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against DISCOVER, with Prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to DISCOVER be vacated and that the

Court set a deadline sixty (60) from present for filing a Dismissal as to DISCOVER.

Dated: October 25, 2017

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
*JOE MASHO*

**IT IS ORDERED** that Plaintiff shall have until **December 26, 2017**, to either file a notice of voluntary dismissal against defendant Discover Bank, Member FDIC, or to file a status report advising when the notice of voluntary dismissal will be filed.

Dated this 26th day of October, 2017.

Peggy A. Leen
United States Magistrate Judge