David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
JOE MASHO

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOE MASHO,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DISCOVER BANK, MEMBER FDIC,<br><br>　　　　　　Defendant. | CASE NO. **2:17-cv-02169-JAD-PAL**<br><br>**STATUS REPORT ON NOTICE OF SETTLEMENT** |

On or about 10/25/2017, JOE MASHO (the "Plaintiff") and DISCOVER BANK, MEMBER FDIC (the "Defendant" or "DISCOVER")(hereinafter collectively the "Settling Parties") settled their respective disputes in this matter.

Pursuant to the Court's Order entered on October 26, 2017, the Settling Parties were to file dismissal paperwork by December 26, 2017, or provide a status report outlining what is impeding settlement and full resolution in this matter. **See Doc. No. 11.**

While dismissal paperwork has not yet been filed, the Settling Parties have negotiated the final terms of a proposed settlement agreement and the settlement terms

are being executed.  Accordingly, additional time was required to finalize settlement and fulfill the Settling Parties' settlement obligations.

The Settling Parties expect to have all outstanding settlement issues resolved within sixty (60) days.

Respectfully submitted December 15, 2017


/s/ David H. Krieger, Esq.
David H. Krieger, Esq.
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
 (702) 880-5554
dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
***JOE MASHO***

                      IT IS SO ORDERED

                      _____
                      United States Magistrate Judge


                      Dated: December 18, 2017

2

CLAC 2198064.1